```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF KENTUCKY
                    CENTRAL DIVISION AT LEXINGTON
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. |
| | ) | 5:13-cr-00062-JMH-HAI |
| v. | ) | |
| | ) | |
| ANGEL MARIE YARBER, | ) | **MEMORANDUM OPINION & ORDER** |
| | ) | |
| Defendant. | ) | |

```
              **    **    **    **    **
```

On November 15, 2016, Defendant Angel Marie Yarber filed a motion under 28 U.S.C. § 2255, seeking a reduction in her federal sentence [DE 448]. She argues that her sentence, entered on May 20, 2014, should be reduced due to a recent amendment to the "Mitigating Role" Guideline at USSG § 3B1.2 by the Sentencing Commission. Amendment 794, which was effective on November 1, 2015, revises the "Application Notes" section of the Commentary to § 3B1.2 and requires judges to consider certain new factors regarding the individual's role in an offense.

On November 16, 2017, Magistrate Judge Hanly A. Ingram entered an Order in which he concluded that there is no merit to Yarber's Petition because (1) Amendment 794 does not apply to convictions that have become final nor does the Petition raise a non-constitutional issue that, while it could not have been raised on direct appeal, satisfies the "fundamental defect" test such that

it can be reached on collateral review; (2) Yarber waived "the right to attack collaterally the guilty plea, conviction, and sentence" and has not raised an ineffective assistance of counsel claim in this Petition; and (3) Yarber's Petition was neither timely nor signed under penalty of perjury.

No objections to the Recommended Disposition have been filed within the fourteen day period provided for in 28 U.S.C. § 636(b)(1). Generally, "a judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations made by the magistrate judge." 28 U.S.C. § 636. However, when the petitioner fails to file any objections to the Report and Recommendation, as in the case *sub judice*, "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard." *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Further, the Court concludes that the recommended disposition is well supported by the law cited by the magistrate judge and the facts averred in the Petition. Consequently and in the absence of any objections from Defendant Yarber, this Court adopts the well-articulated and detailed reasoning set forth in the Opinion as its own.

Accordingly, **IT IS ORDERED:**

(1) that the Magistrate Judge's Order [DE 450] is **ACCEPTED** and **ADOPTED** as the Court's decision;

(2) that Petitioner's "Motion 28 U.S.C. §2255" [DE 448] is **DENIED;**

(3) that this decision is **FINAL AND APPEALABLE** and there is **NO JUST CAUSE FOR DELAY;** and

(4) that the Clerk shall **STRIKE THIS MATTER FROM THE ACTIVE DOCKET.**

This is the 13th day of February, 2017.

Signed By:
*Joseph M. Hood*
Senior U.S. District Judge